UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1-10-cr-113 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| CHRISTOPHER MICHAEL JACKSON ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") recommending the Court: (1) accept Defendant's plea of guilty to the Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in the Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find defendant shall remain in custody until sentencing in this matter (Court File No. 14). Neither party filed a timely objection to the R&R. After reviewing the record, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 14) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, February 10, 2011 at 9:00 a.m.** **[EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**